FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 AUG 16 AM 11: 24
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON C. OLDERBAK,<br><br>Defendant. | 4:22CR 3097<br><br>INDICTMENT<br>18 U.S.C. § 1017 |

The Grand Jury charges that

## COUNT I

On or about July 30, 2021, in the District of Nebraska, the defendant, JASON C. OLDERBAK, with knowledge of its fraudulent character, did with wrongful and fraudulent intent buy and procure documents and papers upon which the seal of the Centers for Disease Control and Prevention, an agency of the United States Government, had been fraudulently affixed and impressed: to wit fraudulent Covid-19 Vaccination Record Cards bearing the Centers for Disease Control and Prevention Agency Seal.

In violation of Title 18, United States Code, Section 1017.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

TESSIE L.S. SMITH
Assistant U.S. Attorney

1