IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JASON C. OLDERBAK,<br><br>               Defendant. | 4:22CR3097<br><br>ORDER |

The parties are engaged in plea negotiations. Defense counsel requests additional time to fully explore a negotiated agreement and believes the outcome of those discussions will be known in two weeks.

Accordingly,

IT IS ORDERED:

1) Defendant's oral motion to continue the status conference, (Filing No. 19), is granted.

2) A status conference to discuss setting a change of plea hearing or setting the trial date and associated expert disclosure deadlines will be held before the undersigned magistrate judge at 11:30 a.m. on February 23, 2023 by telephone. All participants shall use the conferencing information provided by the court to participate in the call. Counsel for the parties shall be present at the conference.

3) The court finds that the time between today's date and February 23, 2023 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately review this case and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

February 7, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge